[Cite as *Hicks v. Ohio Dept. of Transp.*, 2011-Ohio-3771.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHRIS HICKS

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2010-11030-AD

Clerk Miles C. Durfey

MEMORANDUM DECISION

## FINDINGS OF FACT

{¶ 1} Plaintiff, Chris Hicks, filed this action against defendant, Department of Transportation (ODOT), contending that his 2001 Honda Civic was damaged as a proximate cause of negligence on the part of ODOT in maintaining a hazardous condition in a construction area on Interstate 75 in Warren County.  Plaintiff requested damages in the amount of $461.85, plus filing fee reimbursement of $25.00.  The filing fee was paid.

{¶ 2} ODOT filed an investigation report requesting that plaintiff's claim be dismissed, advising that the claim was paid and settled by ODOT contractor, John R. Jurgensen Company.  Defendant provided a copy of check number 00499119 issued to plaintiff by John R. Jurgensen Company in the amount of $486.85.

## CONCLUSIONS OF LAW

{¶ 3} R.C. 2743.02(D) in pertinent part states:  "Recoveries against the state shall

be reduced by the aggregate of insurance proceeds, disability award, or other collateral recovery received by the claimant." Upon review, the court finds that the money received by plaintiff is a recovery from a collateral source.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHRIS HICKS

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2010-11030-AD

Clerk Miles C. Durfey

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, plaintiff's claim is DISMISSED. The court shall absorb the court costs for this claim in excess of the filing fee.

_____
MILES C. DURFEY

Clerk

Entry cc:

Chris Hicks                                    Jerry Wray, Director
269 Village Drive                              Department of Transportation
Springboro, Ohio  45066                        1980 West Broad Street
                                               Columbus, Ohio  43223

RDK/laa
3/2
Filed 4/20/11
Sent to S.C. reporter 7/29/11